IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRADLEY JENSEN, | Case Number:  4:07CV3155 |
| Plaintiff, | |
| v. | REASSIGNMENT ORDER |
| NEBRASKA PUBLIC POWER DISTRICT, | |
| Defendant. | |

    The Clerk's office has been advised that the parties do not consent to proceed before a United States Magistrate Judge.  Accordingly,

    IT IS ORDERED that this case is reassigned to Senior Judge Warren K. Urbom for disposition and to Magistrate Judge David L. Piester for judicial supervision and processing of all pretrial matters.

    DATED this 20th day of July, 2007.

                      BY THE COURT:

                        s/ Joseph F. Bataillon, Chief Judge
                        United States District Court