IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRADLEY JENSEN, | ) | CASE NO. 4:07-CV-3155 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| NEBRASKA PUBLIC POWER DISTRICT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the Court on the defendant's unopposed motion for an extension of time to file its motions for summary judgment from February 1, 2008, to February 5, 2008, and the deadline for plaintiff to file expert witness designations from February 1, 2008, to February 5, 2008 (Filing 20). The Court finds that the motion should be granted.

IT IS THEREFORE ORDERED THAT:

1. Motions for summary judgment shall be filed not later than February 5, 2008;

2. Plaintiff shall file expert witness disclosures by not later than February 5, 2008;

3. All other provisions of the Order Setting Schedule for Progression of Case (Filing 18) shall remain in effect.

0791099.1

Dated this 1st day of February, 2008.

        BY THE COURT

        s/ *David L. Piester*

        David L. Piester
        United States Magistrate Judge