IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRADLEY JENSEN, | ) | CASE NO. 4:07-CV-3155 |
| Plaintiff, | ) ) ) | ORDER |
| v. | ) ) | |
| NEBRASKA PUBLIC POWER DISTRICT, | ) ) ) | |
| Defendant. | ) ) | |

This matter is before the Court on the defendant's Unopposed Motion to Restrict Access to Exhibit 2 of the Index of Exhibits (Filing 24), for the reason that said exhibit discloses confidential information protected by the E-Government Act. The Court finds that Motion should be granted.

It is ordered that the Clerk shall restrict access to Exhibit 2 to the Index in Support of Motion for Summary Judgment (Filing 24).

Dated this 11th day of February, 2008.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge

0793199.1